# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRYSTAL COLE,<br><br>                Plaintiff,<br><br>vs.<br><br>BMS LOGISTICS, INC.,<br><br>                Defendant. | 4:19CV3105<br><br>ORDER TO SHOW CAUSE |

       The Court's records show the Office of the Clerk of Court sent a letter on October 28, 2019, (Filing No. 6), to David A. Yudelson by electronic filing. The letter directed the attorney to pay the 2019/2020 biennial attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days of the date of the letter. As of the close of business on November 20, 2019, the attorney had not complied with the request set forth in the notice from the Office of the Clerk. Accordingly,

       **IT IS ORDERED:** On or before **December 5, 2019**, attorney David A. Yudelson shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in the Court removing David A. Yudelson as counsel of record for the Defendant.

       Dated this 21st day of November, 2019.

                                                     BY THE COURT:

                                                     s/ Michael D. Nelson<br>
                                                     United States Magistrate Judge